In re Board of Supervisors of Louisiana State University and Agricultural and Mechanical College; LSU Family Practice Residency Program — Alexandria et al.; LSU Health Sciences — Shreveport D/B/A; State of Louisiana; — Defendant(s); Applying For Supervisory and/or Remedial Writs, Parish of Rapides, 9th Judicial District Court Div. G, No. 238,992-G; to the Court of Appeal, Third Circuit, Nos. CW 11-00035, CW 11-00039.
 

 Denied. See
 
 Burnett v. James Construction Group,
 
 10-2608 (La.7/1/11), 66 So.3d 482, and
 
 Whitley v. State of Louisiana,
 
 11-0040 (La.7/1/11), 66 So.3d 470.